IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17-CR-134 |
| | ) | |
| VS. | ) | ORDER OF DISMISSAL |
| | ) | |
| (20) SHAMON MOVAIR GOINS<br>a/k/a "Rugie" | )<br>)<br>) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss the special sentencing factor against the above-captioned defendant [Doc. 1910].

Upon review of the Government's motion, and for cause shown,

IT IS, THEREFORE, ORDERED that the Government's Motion to Dismiss [Doc. 1910] is GRANTED, and the special sentencing factor with respect to the above-captioned defendant relating to the May 16, 2010 murder of Devon Clement as set forth in paragraph 1 of the Notice of Special Sentencing Factors in the First Superseding Bill of Indictment in the above-captioned case is hereby DISMISSED.

The Clerk is directed to certify copies of this Order to counsel for the Government, and the U.S. Probation Office.

IT IS SO ORDERED.

FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA